
UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | | |
|---|---|---|
| PCL CONSTRUCTION SERVICES, INC., a Colorado corporation, | ) ) ) | CIV. 11-4035-KES |
| Plaintiff, | ) ) ) | |
| | ) | ORDER OF DISMISSAL |
| vs. | ) ) | |
| B&H CONTRACTORS OF SOUTH DAKOTA, INC., a South Dakota corporation, | ) ) ) ) | |
| Defendant and Third-Party Plaintiff, | ) ) ) ) | |
| vs. | ) ) | |
| GEORGE FISCHER, INC.; GEORGE FISCHER SLOANE, INC.; CENTRAL STATES INDUSTRIAL SUPPLY, INC.; and CPI SALES, INC., collectively d/b/a Central States Group, | ) ) ) ) ) ) ) | |
| Third-Party Defendants. | ) | |

| | | |
|---|---|---|
| B&H CONTRACTORS OF SOUTH DAKOTA, INC., a South Dakota corporation, | ) ) ) ) | Civ. 10-4076 |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | |
| GEORGE FISCHER, INC.; GEORGE FISCHER SLOANE, INC.; CENTRAL STATES INDUSTRIAL SUPPLY, INC.; and CPI SALES, INC., collectively d/b/a Central States Group, | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

The court has been advised the parties resolved their dispute at a mediation held on July 15, 2013. Therefore, it is

ORDERED that this action is hereby dismissed with prejudice and without costs, each party to pay their own costs. Any party, on good cause shown on or before September 15, 2013, may move to vacate this Order of Dismissal and reopen this action if settlement is not consummated. The Court also retains ancillary jurisdiction to enforce all settlement agreements entered into by the parties and their representatives. *See Harris v. Arkansas State Highway and Transp. Dep't.*, 437 F.3d 749 (8th Cir. 2006).

Dated August 1, 2013.

BY THE COURT:

_____
KAREN E. SCHREIER
UNITED STATES DISTRICT JUDGE